UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                 Case No. 14-cr-20034
                                              Hon. Matthew F. Leitman

v.

ERRIC DEVOHN WATKINS,

    Defendant.

_____/

**ORDER GRANTING IN PART DEFENDANT'S
MOTION TO ADJOURN SENTENCING (ECF #67)**

On February 3, 2016, Defendant Erric Watkins ("Watkins") filed a motion to adjourn his sentencing date (the "Motion"). (*See* ECF #67.) The Court held on an on-the-record status conference with counsel for the Government and Watkins on February 10, 2016, to discuss the Motion. For the reasons stated during the status conference, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART**. Watkins' sentencing shall be adjourned to May 19, 2016, at 2:30 p.m. Watkins shall submit a sentencing memorandum no later than May 12, 2016.

    **IT IS SO ORDERED**.

                                           s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: February 10, 2016

2

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 10, 2016, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (313) 234-5113