UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                               Case No. 14-cr-20034
                                           Hon. Matthew F. Leitman

v.

ERRIC WATKINS

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF (ECF #80)

On May 30, 2017, Defendant Erric Watkins filed a motion in which he requested an extension of time to file a reply brief in support of his motion to vacate his sentence under 28 U.S.C. § 2255. (*See* ECF #80.) The Motion is **GRANTED**. Watkins shall file his reply brief by no later than July 7, 2017.

    **IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: May 31, 2017

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 31, 2017, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113