UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                           Criminal No. 14-20034
                                           Hon. Matthew F. Leitman

v.

ERRIC DEVOHN WATKINS,

    Defendant.
_____/

## ORDER TO SEAL

The government having moved to seal Exhibit A to the United States' Response to Defendant's Motion for Compassionate Release and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that the Exhibit A to the United States' Response to Defendant's Motion for Compassionate Release be sealed until further Order of the Court.

                                           /s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated:  August 25, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
