UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                           Case No. 14-cr-20034
                                             Hon. Matthew F. Leitman

v.

ERRIC DEVOHN WATKINS

      Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 68)

Defendant Erric Devohn Watkins is a federal prisoner incarcerated at FCI Yazoo City Low in Yazoo, Mississippi. He is serving a sentenced imposed by this Court in 2016 in connection with his conviction for being a felon in possession of a firearm. (*See* Judgment, ECF No. 72.)

On August 11, 2020, Watkins filed a motion for compassionate release. (*See* Mot., ECF No. 68.) The Court held video hearings on Watkins' motion on October 21, 2020, and December 10, 2020. (*See* Notices of Hearing, ECF Nos. 118, 124.) For the reasons stated on the record during the December 10, 2020, motion hearing, Watkins' motion is **GRANTED**.

The custodial portion of Watkins's sentence is reduced to time served. He shall immediately be released from custody. Upon his release, Watkins shall travel

directly by automobile to his mother's home in Georgia where he shall live. Watkins and all others with him in the automobile shall wear face masks during the drive. For the first 14 days after Watkins arrives at his mother's home, he shall remain inside his mother's house. And for the same 14-day period, he shall quarantine within the house – meaning he shall remain in a room that is separate and apart from all other residents of the house to the extent possible. And when, during the 14-day quarantine period, it is unavoidable for Watkins to be in a separate room, he shall wear a face mask. Finally, Watkins shall contact his supervising probation officer within 48 hours after he first arrives at home.

Also, upon Watkins' release from custody, he shall immediately begin serving the three years of supervised release that the Court imposed in Watkins' Judgment. (*See* Judgment, ECF No. 72, PageID.607.)   Watkins shall be supervised by the Probation Department in the Northern District of Georgia. The Court has been informed that that Department has agreed to conduct the supervision. While supervision is being transferred to the Northern District of Georgia, jurisdiction shall remain with this Court.

The Court adds as a condition of supervised release that Watkins shall be subject to home confinement (with location monitoring) at his mother's residence for a period of 10 months. The supervising probation officer assigned to Watkins' case shall choose the location monitoring equipment. The Court will waive the costs

2

of monitoring due to Watkins' indigence.  During this ten-month period of home confinement, Watkins shall not leave his mother's residence other than for employment or to look for employment, religious services or activities, educational programming, medical appointments, substance abuse and/or mental health treatment programs, appointments with counsel, and/or other activities approved in advance by his supervising probation officer.  (Watkins may not leave his mother's residence at all during the initial 14-day quarantine period, except in the case of a medical emergency.)  In all other respects, Watkins' original sentence remains unchanged.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  December 10, 2020         UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 10, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761