UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 14-cr-20034
                                Hon. Matthew F. Leitman

ERRIC DEVOHN WATKINS

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION
### TO TERMINATE SUPERVISED RELEASE (ECF No. 134)

On December 10, 2020, the Court granted Defendant Erric Devohn Watkins' motion for compassionate release. (*See* Order, ECF No. 126.) The Court ordered that upon Watkins' release, he immediately begin serving a period of three years of supervised release under conditions that the Court specified. (*See id.*) On January 20, 2021, the Court modified the terms of Watkins' supervised release to allow him to travel throughout the state of Georgia for the purposes of his employment. (*See* Order, ECF No. 131.) Then, on, May 6, 2021, the Court again modified the terms of Watkins' supervised release to remove the requirements that he participate in home detention and be subject to electronic monitoring. (*See* Order, ECF No. 133.)

Watkins has now moved to terminate his term of supervised release. (*See* Mot., ECF No. 134.) The Court has carefully reviewed the motion, but for the

reasons explained by the Government in its response, the Court is not persuaded that Watkins is entitled to an early termination of his term of supervised release. Watkins' motion is therefore **DENIED**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 19, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 19, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(810) 341-9761