UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 14-cr-20034
                                               Hon. Matthew F. Leitman

v.

ERRIC DEVOHN WATKINS

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 140)

Defendant Erric Watkins has filed a motion for early termination of supervised release. (*See* Mot., ECF No. 140.) The Government has filed a response opposing the motion. (*See* Resp., ECF No. 143.) The Court finds the Government's reasoning, analysis, and arguments persuasive. For the reasons explained in the Government's response, the motion is **DENIED**. Watkins shall complete his entire term of supervised release – the conditions of which are reasonable and appropriate.

    **IT IS SO ORDERED**.

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: March 21, 2023

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2023, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan  
                                                  Case Manager  
                                                  (810) 341-9761